No. 67927.—Amende-Schultz et al. v. United States, protests 61/2365, etc. (Los Angeles).

Opinion by Wilson, J. In accordance with oral stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those

the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.